Karen M. BAKER, Plaintiff-Appellant,

v.

WALGREENS ARIZONA DRUG
COMPANY, Defendant-
Appellee.

No. 16-16189

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

Karen M. Baker, Pro Se

James K. Mackie, Attorney, Ogletree
Deakins Nash Smoak & Stewart, PC, Tucson, AZ, Christopher M. Pastore, Esquire,
Ogletree, Deakins, Nash, Smoak & Stewart PC, Las Vegas, NV, for Defendant-
Appellee

Before: THOMAS, Chief Judge, and
SILVERMAN and RAWLINSON, Circuit
Judges.

MEMORANDUM **

Karen M. Baker appeals pro se from the
district court's summary judgment in her
action alleging discrimination in violation
of the Age Discrimination in Employment
Act, Title VII, and state law. We have
jurisdiction under 28 U.S.C. § 1291. We
review for an abuse of discretion a district
court's discovery rulings. *Hallett v. Morgan*, 296 F.3d 732, 751 (9th Cir. 2002). We
affirm.

The district court did not abuse its discretion when it denied Baker's discovery

motions because Baker did not comply
with the district court's scheduling order
and did not show that denial of her motions resulted in actual and substantial
prejudice. *See In re Arizona*, 528 F.3d 652,
657 (9th Cir. 2008) ("Failure to comply
with the scheduling order exposes a party
to 'any just orders,' as determined by the
district judge, including dismissal."); *Laub
v. U.S. Dep't of Interior*, 342 F.3d 1080,
1093 (9th Cir. 2003) (district court's decision to deny discovery will not be disturbed unless there is a clear showing that
the denial "results in actual and substantial prejudice to the complaining litigant"
(internal citation omitted)).

Baker waived any arguments regarding
the "Initial Discovery Protocols for Employment Cases Alleging Adverse Action"
because she did not raise this issue before
the district court. *See Smith v. Marsh*, 194
F.3d 1045, 1052 (9th Cir. 1999) ("[W]e will
not consider arguments that are raised for
the first time on appeal.").

We do not consider documents not filed
with the district court. *See United States
v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990)
("Documents or facts not presented to the
district court are not part of the record on
appeal.").

Baker does not challenge the district
court's summary judgment for defendants
in her opening brief and has therefore
waived any objection to the district court's
summary judgment on appeal. *See Paladin
Assocs., Inc. v. Mont. Power Co.*, 328 F.3d
1145, 1164 (9th Cir. 2003).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.